UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GWENDOLYN SMITH, et al.,

    Plaintiffs,                          No. C 12-5451 PJH

    v.                                            **ORDER**

BARBARA WILT,

    Defendant.

_____/

    On March 18, 2013, plaintiff Gwendolyn Smith filed a request for leave to register as an e-filer. On March 25, 2013, the court issued an order denying the request, "without prejudice to renewing it once the pleadings are settled." On April 18, 2013, plaintiffs Gwendolyn Smith and Zeus Harrison Smith each filed a request for leave to register as an e-filer. The court's response is the same as it was on March 25, 2013. The request is denied without prejudice to renewing it once the pleadings are settled.

**IT IS SO ORDERED.**

Dated: May 8, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge